UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| WILLIAM LAWRENCE DAY, ) | |
| ) | |
| Plaintiff, ) | Cause No. 1:08-CV-0392-SEB-JMS |
| ) | |
| vs. ) | |
| ) | |
| HENDRICKS COUNTY SHERIFF ) | |
| DAVE GALLOWAY; FRANK KOLACZ; ) | |
| MARK RUIZ, M.D.; JEFF ZIEGLER, R.N.; ) | |
| and ADVANCED CORRECTIONAL ) | |
| HEALTHCARE, INC.. ) | |
| ) | |
| Defendants. ) | |

## APPEARANCE

The undersigned counsel, Michael L. Carter, and the law firm of Spangler, Jennings & Dougherty, hereby enter their appearance on behalf of the defendants, Mark Ruiz, M.D., Jeff Ziegler, R.N., and Advanced Correctional Healthcare, Inc. in the above-captioned matter.

Respectfully submitted,

BY: s/ Michael L. Carter
Michael L. Carter, #4300-49
SPANGLER, JENNINGS & DOUGHERTY, P.C.
9200 Keystone Crossing, Ste. 410
Indianapolis, IN 46240-2169
Phone: (317)571-7690
Fax: (317) 571-7686
Email: mcarter@sjdlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 29th day of April, 2008, a copy of the foregoing Defendants' Appearance was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

B. Joseph Davis
400 East Jackson Street
Muncie, IN 47305
bjoseph@comcast.net

        SPANGLER, JENNINGS & DOUGHERTY, P.C.

        By: s/ Michael L. Carter
          Michael L. Carter

H:\MLC\MLC\107983 Day v Advanced Corr\Appearance federal court.wpd